# Resolution

BE IT RESOLVED that the transaction referred to below is approved, and the **Ed Koenig** president and **George Abel** secretary of this corporation be and they are hereby directed, authorized and empowered to execute, acknowledge and deliver such documents, instruments and papers and perform such acts as may be legally, properly and reasonably required or necessary for the purpose of

**signing and filing a chapter 7 bankruptcy petition with the United States Bankruptcy Court for the District of New Jersey to be signed on behalf of the corporation by Ed Koenig, President**

I, **George Abel**
secretary of **111 Glendale Drive, Inc.**

a corporation of **the State of New Jersey**
CERTIFY that the foregoing is a true copy of a Resolution as it appears in the records of the corporation and as was duly and legally adopted at a meeting of the Board of Directors of the corporation called for that purpose and held on **May 15, 2012** pursuant to and in accordance with the Certificate of Incorporation and By-laws thereof; that it has not been modified, amended or rescinded, and is in full force and effect as of the date hereof.

Dated: **May 15, 2012**

_____
Ed Koenig, President

_____
Secretary **George Abel**

_____
Jack Koenig, Vice - President

3550 - Corporate Resolution - All Purpose
Rev. 6/98   P5/06

©1998 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc
www.aslegal.com   800.222.0510