| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** |

In Re:

Case No.: _____

Judge: _____

Chapter: _____

Recommended Local Form:  ❒ Followed    ❒ Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, _____, is the (check all that apply):

    ❒ Trustee:    ❒ Chap. 7    ❒ Chap. 11    ❒ Chap. 13.

    ❒ Debtor:    ❒ Chap. 11    ❒ Chap. 13

    ❒ Official Committee of _____

2. The applicant seeks to retain the following professional_____ to serve as (check all that apply):

    ❒ Attorney for:    ❒ Trustee    ❒ Debtor-in-Possession

    ❒ Official Committee of _____

❒ Accountant for: ❒ Trustee ❒ Debtor-in-possession

❒ Official Committee of ____________________

☑ Other Professional:

❒ Realtor ❒ Appraiser ❒ Special Counsel

❒ Auctioneer ☑ Other (specify): Environmental Engineer/ Site Remediation Professional

3. The employment of the professional is necessary because:

The Debtor Estate owns real estate located at 234 Route 130 South, Bordentown, NJ, which must undergo remediation of environmental contamination, so that the real estate can be sold.

4. The professional has been selected because:

Arecon Ltd. began the cleanup of the subject real estate prior to the filing of the bankruptcy case and is experienced in environmental remediation. Trustee believes Arecon Ltd. to be well qualified and competent to conclude the cleanup.

5. The professional services to be rendered are as follows:

To complete the remediation and cleanup of the subject real estate.

6. The proposed arrangement for compensation is as follows:

An initial payment of $2,000.00 to be paid to Arecon Ltd. from Debtor Estate funds. Thereafter, services to be billed on an hourly rate as set forth in the attached proposal for services.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☐ None

    ☐ Describe connection:_____
    _____
    _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

    ☐ does not hold an adverse interest to the estate.

    ☐ does not represent an adverse interest to the estate.

    ☐ is a disinterested person under 11 U.S.C. § 101(14).

    ☐ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

    ☐ Other; explain:
    _____
    _____
    _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

    _____
    _____
    _____

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date: _____          _____
                                 Signature of Applicant

                                 _____
                                 Name of Applicant

rev.6/1/06;jml