UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.: _____

Judge: _____

Chapter: _____

Recommended Local Form:    ☐  Followed    ☐  Modified

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
## APPLICATION FOR RETENTION OF PROFESSIONAL

I, _____, being of full age, certify as follows:

1. I am seeking authorization to be retained as _____.

2. My professional credentials include:_____

_____

_____

3. I am a member of or associated with the firm of: _____

_____.

4. The proposed arrangement for compensation, including hourly rates, if applicable,

is as follows:_____

_____

_____.

5.　　To the best of my knowledge, after reasonable and diligent investigation, my
connection with the debtor(s), creditors, any other party in interest, their
respective attorneys and accountants, the United States trustee, or any person
employed in the office of the United States trustee, is as follows:

❐　None

❐　Describe connection:_____

_____

_____

6.　　To the best of my knowledge, after reasonable and diligent investigation, the
connection of my firm, its members, shareholders, partners, associates, officers
and/or employees with the debtor(s), creditors, any other party in interest, their
respective attorneys and accountants, the United States trustee, or any person
employed in the office of the United States trustee, is as follows:

❐　None

❐　Describe Connection: _____

_____

_____

7.　　To the best of my knowledge, my firm, its members, shareholders, partners,
associates, officers and/or employees and I (check all that apply):

❐　do not hold an adverse interest to the estate.

❐　do not represent an adverse interest to the estate.

❐　are disinterested under 11 U.S.C. § 101(14).

❐　do not represent or hold any interest adverse to the debtor or the estate with
respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

❐　Other.  Explain: _____

_____

_____

8.      If the professional is an auctioneer,

a.  A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

❒   Yes        ❒   No

b.  My qualifications and previous experience as an auctioneer include:

_____

_____

_____

c.  Have you or any member of your firm ever been convicted of any criminal
offense, other than motor vehicle violations?   ❒   Yes      ❒   No

If yes, explain:_____

9.      If the professional is an auctioneer, appraiser or realtor, the location and
description of the property is as follows:

_____

_____

_____

I certify that the foregoing statements made by me are true.  I am aware that if any of the
foregoing statements made by me are wilfully false, I am subject to punishment.

Date: _____        _____
                                              Signature of Professional

                                              _____
                                              Name of Professional

*Rev. 7/1/04; jml*