**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
5/5/2014
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Case No.: _____

Judge: _____

Chapter: _____

| Recommended Local Form: | ☐ Followed | ☐ Modified |

## ORDER AUTHORIZING
## RETENTION OF _____

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: 5/5/2014**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re: _____

Case No.: _____

Applicant: _____

☐ Trustee:  ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Professional: _____

☐ Attorney for:

  ☐ Trustee   ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Accountant for:

  ☐ Trustee   ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Other Professional:

  ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

  ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, _____, is authorized to retain the professional, _____ to act as _____.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

*Approved by Judge Kathryn C. Ferguson May  05, 2014*

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 7/1/04; jml*

*Approved by Judge Kathryn C. Ferguson May  05, 2014*