# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## FEE APPLICATION COVER SHEET

In the Matter of:     111 GLENDALE DRIVE, INC.

Case No:     12-26775/KCF

Name of Applicant & Client: ARECON LTD.

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY

*/s/Patrick G. Nocera      9/24/2015*
Signature of applicant          Date

Interim Fee Application #1

Total Previous Fee Requested:          $      0

Total Fees Allowed to Date:              $      0

Total Retainer (if applicable)            $      0

Total Holdback (if applicable):          $      0

Total Received by Applicant:            $ 4,785.00

## SECTION 1, FEE SUMMARY

| NAME OF PROFESSIONAL | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| Patrick G. Nocera | | 13.0 | $150.00 | $ 1,950.00 |
| Brian D. Gillen | | 111.75 | $110.00 | $12,292.50 |
| Renata Stosik | | 55.25 | $85.00 | $ 4,696.25 |
| Grant Butts | | 8.0 | $65.00 | $ 520.00 |
| Grant Butts | | 48.5 | $55.00 | $ 2,667.50 |
| Jackie Preston | | 19.5 | $45.00 | $ 877.50 |
| **TOTALS:** | | | | **$23,003.75** |

**Total Request This Application:**     Fee:             $23,003.75
                                         Disbursements: $ 2,991.58
                                         Total            $25,995.53

## SECTION II, ANALYSIS OF FEE BY COST CENTERS
### (Where Applicable)

**Summary of Services**                                          **Hours**        **Fee**

(a)  Telephone calls

(b)  Correspondence drafted

(c)  Correspondence reviewed

(d)  Legal research

(e)  Court appearance

(f)  Preparation of pleading and briefs

(g)  Internal office meetings:

    (1) solely w/applicant's staff:   Hours:       Fee:
    (2) third party conferences:      Hours:       Fee:
                                      Totals for (g):                    $

(h)  Out of office meetings                                                      $

(i)  Review of file                                                              $

(j)  Travel time                                                                 $

(k)  Fee application preparation                                                 $

(l)  Other services                                                              $

    **SERVICES TOTALS:**                                                  **$**

**DISBURSEMENTS:**                                                              **Fee**

(a) Telephone:         min. div. 2 =  min. @ $0.20                               $
(b) Photocopying:  # of pages:   rate/page @  $0.20                              $
(c) Travel:                                                                      $
(d) Postage:              @    $     =
   Certified Mail, RR    @    $     =                                       $
   Telefax:              @    $     =                                       $
(e) Other:                                                                       $
       Pacer Fees:                                                       $
       Parking:                                                          $
       Tolls:                                                            $


    **DISBURSEMENTS TOTAL:**                                              **$**


## SEE ATTACHED INVOICE REFLECTING EXPENSE CHARGES

## **SECTION III, CASE HISTORY**

(1) Date case filed:   **June 30, 2012**

(2) Chapter under which case commenced:   **7**

(3) Date of retention:
    (annex copy of Order(s))

   If limit on number of hours or other limitations to retention, set forth: **N/A**

(4) Summarize in brief the benefits to the estate and attached supplements as needed:

   **PLEASE SEE ATTACHED SUMMARY OF ACTIVITIES**

(5) Anticipated distribution to creditors:

   (a) Administration expense:   **Unknown at this time**

   (b) Secured creditors:   **Unknown at this time**

   (c) Priority creditors:   **Unknown at this time**

   (d) General unsecured creditors:   **Unknown at this time**

(6) Final disposition of case and percentage of dividend paid to creditor (if applicable):

   **Unknown at this time**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
5/5/2014
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Case No.: _____

Judge: _____

Chapter: _____

Recommended Local Form:   ☐  Followed   ☐  Modified

**ORDER AUTHORIZING**
**RETENTION OF** _____

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: 5/5/2014**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re: _____

Case No.: _____

Applicant: _____

☐ Trustee:  ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor:  ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Professional: _____

☐ Attorney for:

  ☐ Trustee    ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Accountant for:

  ☐ Trustee    ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Other Professional:

  ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, _____, is authorized to retain the professional, _____ to act as _____.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2

*Approved by Judge Kathryn C. Ferguson May 05, 2014*

Case 12-26775-KCF    Doc 14    Filed 09/04/15    Entered 09/04/15 14:30:06    Desc Main
Document      Page 3 of 3

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 7/1/04; jml*

*Approved by Judge Kathryn C. Ferguson May  05, 2014*



**Summary of work performed during period beginning July 31, 2014 and ending May 31, 2015**

**Project Description: Installation of Temporary Well Point (Task 1) and collection of field data / photo ionization detector (PID) measurements at each of four (4) permanent wells and Letter Report confirming the absence of LNAPL (Task2) and preparation and Submittal of an LNAPL IRM Report and supporting documentation requested by the NJDEP Bureau of Ground Water Pollution Abatement (BGWPA) and submittal of various document forms/applications pursuant to the requirements of the Administrative Requirements for Remediation of Contaminated Sites (ARRCS), the Site Remediation and Reform Act (SRRA), the Technical Requirements (Tech Regs) and Light Non-Aqueous Phase Liquids (LNAPL) Initial Recovery and Interim Remedial Action Guidance, June 2011 Guidance (LNAPL Guidance).**

**Summary of work performed during period beginning June 1, 2015 and ending August 31, 2015**

**Work included preparation of RIRA and supporting documents (Appendix A (Receptor Evaluation), Appendix B (Reduced Laboratory Deliverables), Appendix C (Ground Water Data Logs), Appendix D (Ground Water Contour Maps), Appendix E (Ground Water Concentration Contour Maps), Appendix F (QAPP), Appendix G (CEA and Case Inventory Document), Appendix H (Conceptual Site Model), CSM Attachment A-1, 2, and 3, (various Fate and Transport models), Figures and Drawings, related NJDEP required documents (CEA Form, RI Form, RA Form), coordination of stakeholder comments, reviews, signatory, LSRP review and certification, coordination with NJDEP, submittal of documents and CD to BRNA and Client. The RIRA was being prepared at the request of Mr. Koba, NJDEP, and with the authorization of the Trustee for the Debtor Estate and the bankruptcy attorney. The authorization to proceed with this assignment was obtained on May 15, 2015. The NJDEP encouraged the RP to proceed with the RIR submittal as it would be to the RP's benefit, since failure to do so would require the agency to initiate more robust enforcement proceedings requiring agency assumption of site cleanup responsibilities under NJDEP oversight rules, an action that would trigger the issuance of fines and additional oversight expenses and incur additional costs that would need to be factored into the bankruptcy proceedings.**

*90 US Highway 130, Bordentown, New Jersey 08505*
*Phone 609-298-0770      Fax 609-291-8386      email ARECONLTD @AOL.COM*

*C:\Users\GREEN GOLD\Documents\Documents\2015\Summary of Koenig invoices.doc*

Entered ☐
Paid ☐



Arecon ltd

**INVOICE NO:** 15-46054-08
**INVOICE DATE:** AUGUST 31, 2015

TO: MS. VERA FEDOROFF, ESQ.
Atkinson & DeBartolo, P.C.
2 Bridge Ave #231
Red Bank, NJ 07701

PROJECT: 111 GLENDALE DRIVE, INC., JOHN'S CAR CARE CENTER — CHAPTER 7 CASE NO. 12-26775/KCF

PROGRESS BILLING FOR REMEDIAL INVESTIGATION REPORT ADDENDUM (RIRA) AND SUBMITTAL OF ASSOCIATED DOCUMENTS AND FORMS AND RELATED SERVICES DURING PERIOD BEGINNING JULY 30, 2015 AND ENDING AUGUST 24, 2015, SERVICES NECESSARY TO AVOID NJDEP ASSUMPTION OF RESPONSIBILITY FOR REMEDIAL ACTION

| Name of Professional | Year admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Patrick G Nocera (Principal Engineer) | 07/30/14 to 12/08/14 | 5.50 | 150.00 | 825.00 |
| Patrick G Nocera (Principal Engineer) | 05/11/15 to 08/10/15 | 7.50 | 150.00 | 1,125.00 |
| Brian D Gillen (Environmental Engineer) | 09/29/14 to 12/08/14 | 28.50 | 110.00 | 3,135.00 |
| Brian D Gillen (Environmental Engineer) | 05/04/15 to 08/24/15 | 83.25 | 110.00 | 9,157.50 |
| Renata Stosik (Environmental Scientist) | 07/30/14 to 11/10/14 | 10.75 | 85.00 | 913.75 |
| Renata Stosik (Environmental Scientist) | 05/11/15 to 08/17/15 | 44.50 | 85.00 | 3,782.50 |
| Grant Butts (Field Technician) | 07/30/14 | 8.00 | 65.00 | 520.00 |
| Grant Butts (drafting) | 07/30/14 to 11/17/14 | 7.25 | 55.00 | 398.75 |
| Grant Butts (drafting) | 06/01/15 to 08/10/15 | 41.25 | 55.00 | 2,268.75 |
| Jackie Preston (administrative) | 07/30/14 to 11/17/14 | 3.75 | 45.00 | 168.75 |
| Jackie Preston (administrative) | 08/17/15 to 08/24/15 | 15.75 | 45.00 | 708.75 |
|  |  |  |  | 23,003.75 |

Other Charges:

| | |
|---|---|
| Geoprobe w/operator | 2,400.00 |
| Consumables | 150.00 |
| Solinst with oil/water interface probe | 75.00 |
| Photo Ionization Detector (PID) | 85.00 |
| Utility truck and misc. equipment | 75.00 |
| 4 Reproduction Reports (100 pages B&W @ 0.25) | 25.00 |
| 4 Reproduction Reports (25 pages color @ 0.60) | 15.00 |
| Travel (16.1 miles @ 0.515 per mile) | 8.29 |
| Miscellaneous office supplies | 150.00 |
| Travel (16.1 miles @ 0.515 per mile) | 8.29 |
|  | 2,991.58 |

Entered ☐
Paid ☐

Less Retainer payments received:                                         (4,785.00)
   Check # 102 for 2,000.00
   Check # 103 for 2,785.00

$21,210.33

## TOTAL AMOUNT $21,210.33
### DUE UPON RECEIPT
**Please make check payable to:
ARECON LTD.
90 US Hwy 130
Bordentown, New Jersey 08505**

---