UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Atkinson & DeBartolo, P.C.
Post Office Box 8415
2 Bridge Avenue, The Galleria
Red Bank, New Jersey 07701
(732) 530-5300; fax (732) 530-9877
VF8030
Attorneys for Chapter 7 Trustee

Order Filed on November 16, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

111 GLENDALE DRIVE, INC.,

               Debtor.

Case No.:    12-26775

Hearing Date:   11/12/15 @ 2:30 p.m.

Judge:    Kathryn C. Ferguson

Chapter:    7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 16, 2015**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| ARECON LTD. | $23,003.75 | $2,991.58 |

*rev. 7/1/04 jml*