# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

### FEE APPLICATION COVER SHEET

In the Matter of:        111 GLENDALE DRIVE, INC.

Case No:             12-26775/KCF

Name of Applicant & Client:  ARECON LTD.

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY

*s/ Brian Gillen*           *3/1/2017*
Signature of applicant        Date

Interim Fee Application #2

Total Previous Fee Requested:        $23,007.75

Total Fees Allowed to Date:          $      0

Total Retainer (if applicable)       $      0

Total Holdback (if applicable):      $      0

Total Received by Applicant:         $ 27,787.70

### SECTION 1, FEE SUMMARY

| NAME OF PROFESSIONAL | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| *SEE ATTACHED INVOICES* | | | | |
| | | | | |
| **TOTALS:** | | 98 | varies–see attached | $9,642.50 |

**Total Request This Application:**    Fee:           $9,642.50
                                        Disbursements: $    45.00
                                        Total          $9,687.50

**SECTION II, ANALYSIS OF FEE BY COST CENTERS**
**(Where Applicable)**

| Summary of Services | Hours | Fee |
|---|---|---|
| (a)  Telephone calls | 0.00 | $0.00 |
| (b)  Correspondence drafted | 0.00 | $0.00 |
| (c)  Correspondence reviewed | 0.00 | $0.00 |
| (d)  Legal research | 0.00 | $0.00 |
| (e)  Court appearance | 0.00 | $0.00 |
| (f)  Preparation of pleading and briefs | 0.00 | $0.00 |
| (g)  Internal office meetings: | 0.00 | $0.00 |

(1) solely w/applicant's staff:   Hours:      Fee:
(2) third party conferences:     Hours:      Fee:
                                            Totals for (g):  0.00      $0.00

| | Hours | Fee |
|---|---|---|
| (h)  Out of office meetings | 0.00 | $0.00 |
| (i)  Review of file | 0.00 | $0.00 |
| (j)  Travel time | 0.00 | $0.00 |
| (k)  Fee application preparation | 0.00 | $0.00 |
| (l)  Other services | 0.00 | $0.00 |
| **SERVICES TOTALS as per attached invoices:** | 98.00 | **$9,642.50** |

**DISBURSEMENTS:**                                                                **Fee**

(a)  Telephone: 0 in. div. 2 =  min. @ $0.20                    $0.00
(b)  Photocopying: # of pages: 180 rate/page @ $0.25           $45.00
(c)  Travel:                                                    $0.00
(d)  Postage:                                                   $0.00
      Telefax:                                                  $0.00
(e)  Other:                                                     $0.00
            Pacer Fees:                                         $0.00
            Parking:                                            $0.00
            Tolls:                                              $0.00

**DISBURSEMENTS TOTAL:**                                       **$45.00**

## **SECTION III, CASE HISTORY**

(1) Date case filed:    June 30, 2012

(2) Chapter under which case commenced:    7

(3) Date of retention:  May 5, 2014
   (annex copy of Order(s))

   If limit on number of hours or other limitations to retention, set forth: N/A

(4) Summarize in brief the benefits to the estate and attached supplements as needed:

   None

(5) Anticipated distribution to creditors:

   (a) Administration expense:   Unknown to this applicant

   (b) Secured creditors:  Unknown to this applicant

   (c) Priority creditors:   Unknown to this applicant

   (d) General unsecured creditors:  Unknown to this applicant

(6) Final disposition of case and percentage of dividend paid to creditor (if applicable):

   Unknown to this applicant