ATKINSON & DeBARTOLO, P.C.
The Galleria, 2 Bridge Avenue
Building Two, Third Floor
Red Bank, New Jersey 07701
(732) 530-5300
BA9186
Attorneys for Trustee, Bunce D. Atkinson

| IN RE:<br><br>**111 GLENDALE DRIVE, INC.**,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>CASE NO. 12-26775/KCF<br><br>**NOTICE OF MOTION TO AUTHORIZE THE TRUSTEE TO ABANDON REAL PROPERTY TO THE DEBTOR**<br><br>Hearing Date: April 24, 2018 @ 10:00 a.m. |
|---|---|

TO:   Clerk                                                  Thomas J. Orr, Esq.
        United States Bankruptcy Court        321 High Street
        402 East State Street                         Burlington, NJ 08016
        Trenton, N.J. 08608                         Atty. for Debtor

cc: All Parties on Attached Service List

PLEASE TAKE NOTICE that the undersigned, Trustee for the Debtor Estate shall appear before the Honorable Kathryn C. Ferguson, U.S.B.J., United States Bankruptcy Court, 402 E. State Street, Courtroom 2, Trenton, New Jersey, on the 24th day of April 2018 at 10:00 in the forenoon, or as soon thereafter as counsel may be heard, and shall apply for an order authorizing the Trustee to abandon real property to Debtor.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the annexed Certification of Bunce D. Atkinson. A form of Order is attached hereto.

2

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rules of Bankruptcy briefs are not necessary.

                              ATKINSON & DEBARTOLO
                              Attorneys for Trustee
                              */s/ Bunce D. Atkinson*

BY: _____

                              BUNCE D. ATKINSON, ESQ.

Dated: 04/02/2018

2