ATKINSON & DeBARTOLO, P.C.
The Galleria, 2 Bridge Avenue
Building Two, Third Floor
Red Bank, New Jersey 07701
(732) 530-5300
BA9186
Attorneys for Trustee, Bunce D. Atkinson

| IN RE:<br><br>**111 GLENDALE DRIVE, INC.,**<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>CASE NO. 12-26775/KCF<br><br>**CERTIFICATION IN SUPPORT OF NOTICE OF MOTION TO AUTHORIZE THE TRUSTEE TO ABANDON REAL PROPERTY TO THE DEBTOR**<br><br>Hearing Date: April 24, 2018 @ 10:00 a.m. |
|---|---|

Bunce D. Atkinson, of full age, does hereby certify as follows:

1. I am the duly appointed Trustee in the within matter and am fully familiar with facts contained herein.

2. I make this certification in support of the Trustee's Notice of Motion seeking to abandon the real property owned by the Debtor located at 234 Route 130, Bordentown, New Jersey (hereinafter referred to as the "real property").

3. The Debtor filed its petition for relief under Chapter 7 on June 30, 2012. At the time of the filing of the petition the Debtor listed the real property and valued it at $225,000.00. The property is not encumbered by any mortgages.

4. The holders of interest in the Debtor corporation are Ed Koenig, 23.75%; John M. Koenig, 23.75%; George Abel, 22.5%; Marybeth Warren, 12.5%; Carolyn Stoy, 12.5%; Paul T. Koenig, Jr., 2.5%; and the Estate of Helen Gardiner, 2.5%.

Debtor:   111 Glendale Drive, LLC

Case No.:   12-26775/KCF

Caption:   Certification in Support of Notice of Motion to Abandon Real Property

---

5. At the time of the filing of the petition, the Debtor listed unsecured priority claims of $1,751.00 and one unsecured non-priority claim of $79,679.00. Subsequent to my appointment, I discovered that prior to the filing of the petition, the Debtor had commenced remediation work at the real property, and had engaged Arecon Ltd.(hereinafter "Arecon") to perform services. Arecon is the sole unsecured creditor for $79,679.00.

6. Because Arecon was most familiar with the property and the work to be performed, I filed an application to employ Arecon as an environmental engineer for the site remediation. An Order was entered approving Arecon on May 5, 2014.

7. Because I believed that the sale of the property could result in payment to creditors, I made the case an asset case, and Proofs of Claim were required to be filed. Only two Proofs of Claim were filed. The first by the Township of Bordentown for $4,804.47 as a result of past due taxes, and a second by Arecon for $79,679.38. Arecon's Proof of claim asserted a security interest as a result of a construction lien.

8. During the course of my investigation, I discovered that there was insurance which might be available for future clean-up, and for work that had previously been performed. As a result, I filed an application to appoint the law firm of Tyler & Carmeli, P.C. as special counsel for the Trustee to assist the Trustee in collecting insurance monies. An Order was entered approving the appointment of Tyler & Carmeli, P.C. as special counsel for the Trustee.

9. Based upon its appointment as the environmental engineer for the Trustee, Arecon continued to perform services regarding the remediation, and Carmeli reached agreements with

Page 3

Debtor:   111 Glendale Drive, LLC

Case No.:  12-26775/KCF

Caption:  Certification in Support of Notice of Motion to Abandon Real Property

---

various insurance carriers on the Estate's behalf for work performed pre-petition based upon the invoices submitted by Arecon the carriers also paid for post-petition environmental services. I filed various fee applications on behalf of Arecon, and have paid it $42,682.83 in administrative fees. Arecon has been paid for all post-petition services.

10. At the request of Matthew Krantz, Esq., of the Carmeli law firm, Arecon prepared a cost estimate so that an amount could be communicated to the insurance companies. Arecon was advised that it did not want to continue work without knowing it would be paid. Arecon estimated a remediation of between $250,000.00 and $300,000.00.

11. As of May 4, 2017, Arecon advised that it had completed the temporary well sampling, and that it would submit the appropriate remedial investigation addendum to the Department of Environment Protection (hereinafter "DEP"). Arecon determined that additional remedial investigation activities would be necessary as one of the two wells sampled demonstrated exceedances, and that it would prepare the proposed costs of action.

12. As a result of my conversations with representatives of Arecon, it is my understanding that the cost of excavating/dewatering, disposal of contaminated water, backfill material, transportation and disposal, post excavation, soil sampling and analysis and miscellaneous costs, would result in an expenditure of $99,986.25. Additionally, there would be well sampling, redevelopment and enhanced fluid recovery costs, including ground water sampling, well redevelopment and enhanced fluid recovery totaling $22,250.00. There would also be ground water sampling for the first four years and bi-annual sampling the following six

Page 4

Debtor:     111 Glendale Drive, LLC
Case No.:   12-26775/KCF
Caption:    Certification in Support of Notice of Motion to Abandon Real Property

---

years, reporting the results of the sampling, and estimated repair costs totaling $63,750.00. There are also costs associated with disposal totaling $2,160.00 and contingency items. The remainder of the potential estimate is for the cost of the professionals. The total estimate as of June 9, 2017 was $303,984.58. A copy of the estimate is attached hereto as **Exhibit A**.

13. Because there would be a delay in receiving payments from insurance companies, Arecon would have to fund the project itself. Arecon advised me that it could not afford to advance the necessary costs and labor to continue with the project.

14. During the second half of 2017, I continued to attempt to persuade Arecon to perform the work based upon the fact that there was insurance, and that once the property was remediated, it could be sold to pay the balance due and owing to it.

15. Arecon is not willing to advance the monies necessary to carry the project pending receipt of any insurance monies. Because any insurance monies collected would have to be paid 1/3rd to special counsel, it would leave a $100,000.00 potential deficit for Arecon, which could only be satisfied from the ultimate sale of the property. The Trustee has no ability to fund the project. It is therefore respectfully requested that the Court enter an order permitting the Trustee to abandon the Debtor Estate's interest in the property. Upon abandonment, the owners of the company can make such arrangements as are necessary to fund the project, and collect any of the insurance for the clean-up.

Page 5

Debtor: 111 Glendale Drive, LLC

Case No.: 12-26775/KCF

Caption: Certification in Support of Notice of Motion to Abandon Real Property

---

I hereby certify that the foregoing statements made by me are true. If any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                      ATKINSON & DeBARTOLO, P.C.
                                      Attorneys for the Trustee

                          BY: /s/ Bunce D. Atkinson

Dated: 04/02/2018                    BUNCE D. ATKINSON, ESQ.

5

# EXHIBIT A

**Arecon ltd.**
Conservative Estimate 5/9/17

### Item 1 – Excavation and Removal of Benzene Contaminated Soil (900 tons)

| Description | Item | Rate | Total Charges | Comments |
|---|---|---|---|---|
| Excavation/Dewatering | 900 tons | LS | $18,000.00 | 2 excavation areas |
| Disposal of Contaminated Water | Assume one (1) month for frac tank | $0.49 per gallon x 20,000 gallons | $9,800.00 | Volume not known, assumes 20,000 gal frac tank (non-hazardous and assumes facility approvals) |
| Backfill Material | 33 loads | $375/load | $12,375.00 | Assumes 18 cy per load |
| Transportation and Disposal | 900 tons | $57.50/ton | $51,750.00 | Inclusive facility approvals (non-hazardous), low level, manifesting |
| Post-excavation Soil Sampling and Analysis | As required | LS | $3,500.00 | Assumes 11 soil samples for benzene. Assumes total sample collection time not to exceed 4 hours. Includes travel time and expenses, utility truck and sampling equipment. Includes QAPP & HASP |
| Misc. Costs | ea | | $4,761.25 | Project Oversight, Administrative, LSRP review |
| | | Subtotal 1 | $99,846.25 | |

### Item 2 – Remedial Action Report (RAR) and RAR Form due 8/7/2019

| Professional | Hours | Hourly Rate | Total Charges | Comments |
|---|---|---|---|---|
| LSRP | 5 | $150 | $900.00 | Estimated cost, to be billed on hours at standard rate (SR) |
| Project Engineer | 10 | $110 | $1,100.00 | Estimated cost, to be billed on hours at SR |
| Project Manager | 10 | $110 | $1,100.00 | Estimated cost, to be billed on hours at SR |
| Senior Scientist | 32 | $95 | $3,040.00 | Estimated cost, to be billed on hours at SR |
| Assistant Scientist | 10 | $85 | $850.00 | Estimated cost, to be billed on hours at SR |
| Draftsman/GIS | 20 | $55 | $1,100.00 | Estimated cost, to be billed on hours at SR |
| Administrative | 40 | $45 | $1,800.00 | Estimated cost, to be billed on hours at SR |
| Electronic Data Deliverables | 10 | $35 | $350.00 | Assumes 4 data packages at $35 per data package |
| Misc. Costs | — | LS | $1,014.00 | Office supplies, Miscellaneous items @ 10% of billable hours |
| RAR Submittal On Line | 8 | $110 | $880.00 | New NJDEP Requirement |
| | | Subtotal 2 | $12,034.00 | Based on experience with similar projects, actual hours may vary |

### Item 3 – CSD update with EE and RE due with RAR

| Professional | Hours | Hourly Rate | Total Charges | Comments |
|---|---|---|---|---|
| LSRP | 15 | $150 | $2,250.00 | |
| Project Manager | 10 | $110 | $1,100.00 | |
| Drafts Person | 40 | $55 | $2,200.00 | |
| Senior Scientist | 20 | $95 | $1,900.00 | |
| | | Subtotal 3 | $7,750.00 | |

### Item 4 – Miscellaneous Environmental Consulting, Review, Guidance Check, DEP contact, Remediation Permits

| Professional | Hours | Hourly Rate | Total Charges | Comments |
|---|---|---|---|---|
| LSRP | 40 | $150 | $6,000.00 | |
| Project Engineer | 0.75 | $110 | $82.50 | |
| Project Manager | 0.75 | $95 | $71.25 | |
| Senior Scientist | 9 | $85 | $765.00 | New information anticipated |
| Assistant Scientist | 1.75 | $70 | $122.50 | |
| Administrative | 3 | $45 | $135.00 | |
| Misc. Costs | — | LS | $717.63 | Office supplies, postage, 10% of billable |
| | | Subtotal 4 | $7,893.88 | Includes the cost testlick required on 8/12/17. Estimated cost, to be billed on hours at SR |

### Item 5 – RAP Application for Ground Water

| Description | Item | Rate | Total Charges | Comments |
|---|---|---|---|---|
| RAP Application Fee | — | LS | $1,565.00 | Based on current NJDEP rates for MNA |
| Preparation of RAP for GW & Coordination with the NJDEP | — | LS | $3,000.00 | Estimated cost, to be billed on hours at SR |
| RAP Annual Fees | 10 years | $253 | $2,550.00 | Based on current NJDEP rates for MNA |
| RAP Termination Fee | — | LS | $1,205.00 | Based on current NJDEP rates for MNA |
| | | Subtotal 5 | $8,320.00 | Assumes permit duration of 10 years (CEA predicts 7 years) |

### Item 6 – NJDEP Annual Remediation Fees

| Description | Item | Rate | Total Charges | Comments |
|---|---|---|---|---|
| Outstanding NJDEP fees | — | LS | $12,940.00 | Unpaid fees as of 3/22/17 per communication w NJDEP W. Kobs |
| Annual Remediation Fees | 2 years | $2,015 | $4,030.00 | Prior to filing a permit (assumes 2 years) per communication |
| Subtotal 6 | | | $16,970.00 | *Annual Remediation Fees May Change based on project status |

### Item 7 – Well Decommissioning

| Description | Item | Rate | Total Charges | Comments |
|---|---|---|---|---|
| Well Decommissioning | 10 wells | $650.00 | $6,500.00 | Assumes MW-5 and MW-9 first and remaining 8 wells upon permit termination |
| Subtotal 7 | | | $6,500.00 | |

### Item 8 – Installation of replacement well MW-5 and additional wells (assume 2)

| Professional | Hours | Hourly Rate | Total Charges | Comments |
|---|---|---|---|---|
| Project Manager | 4 | $110 | $440.00 | |
| Field Technician | 8 | $65 | $520.00 | |
| Licensed Driller | — | LS | $10,500.00 | |
| Licensed Surveyor | — | LS | $1,500.00 | |
| Subtotal 8 | | | $12,960.00 | |

### Item 9 – Well Sampling, Redevelopment and Enhanced Fluid Recovery

| Description | Item | Rate | Total Charges | Comments |
|---|---|---|---|---|
| Ground water sampling | 4 | $3,200.00 | $12,800.00 | |
| Enhanced Fluid Recovery | 4 | $1,500.00 | $6,000.00 | Assumes 4 events |
| Well Redevelopment | 1 | $4,250.00 | $4,250.00 | 4 wells, assumes 1 day |
| Subtotal 9 | | | $23,250.00 | |

### Item 10 – RAO

| Professional | Hours | Hourly Rate | Total Charges | Comments |
|---|---|---|---|---|
| LSRP | 4 | $150 | $600.00 | |
| Senior Engineer | 8 | $95 | $760.00 | New information anticipated |
| Project Manager | 2 | $110 | $220.00 | |
| Assistant Scientist | 2 | $85 | $170.00 | |
| Misc. Costs | — | LS | $175.00 | |
| Subtotal 10 | | | $1,925.00 | Estimated cost, to be billed on hours at SR |

### Item 11 – Biennial Certification Reports

| Description | Item | Rate | Total Charges | Comments |
|---|---|---|---|---|
| Ground water sampling | 7 | $7,500 | $52,500.00 | Assumes annual sampling the first 4 years and Biennial sampling the following 6 years |
| Biennial Certification Reporting | 5 | $1,850 | $8,750.00 | Includes project management, sampling equipment, sample collection and analysis |
| Repair costs | 10 | $250 | $2,500.00 | Inclusive report preparation, inspection and LSRP oversight |
| Subtotal 11 | | | $63,750.00 | Assumes permit duration of 10 years |

### Item 12 – IDW disposal

| Description | Item | Rate | Total Charges | Comments |
|---|---|---|---|---|
| Non-haz liquid waste | 5 | $115/drum | $600.00 | Assumes 5 drums, non-hazardous and facility approvals |
| Transportation charges | 1 | $650/load out | $650.00 | Daily rate with estimated time at one day |
| Drum load out and manifesting | 1 | $520/day | $520.00 | Daily rate with estimated time at one day |
| Subtotal 12 | | | $2,195.00 | Assumes no sampling is required, will use existing waste classification results |

### Item 13 – Vapor Intrusion

| | 1 | $25,000.00 | $25,000.00 | Not required at this time, but may be required in the future if structure is installed on property as part of future site development |
|---|---|---|---|---|
| Subtotal 13 | | | $25,000.00 | |

### Item 14 – Contingency Fee

| | 1 | Lump sum | $14,475.45 | Misc. costs and expenses |
|---|---|---|---|---|
| Subtotal 14 | | | $14,475.45 | |

| | | Total Estimate | $302,864.58 | |