Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 12−26775−KCF
          Chapter: 7
          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   111 Glendale Drive, Inc.
   8 Horseshoe Lane North
   Columbus, NJ 08022−1056

Social Security No.:

Employer's Tax I.D. No.:
   21−0729590

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:      6/20/18
Time:      02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Margaret B. Carmeli, Special Counsel

COMMISSION OR FEES
$6892.59

EXPENSES
$47.92

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 19, 2018
JAN:

                                                    Jeanne Naughton
                                                    Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 12-26775-KCF
111 Glendale Drive, Inc.                                        Chapter 7
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Apr 19, 2018
                              Form ID: 137             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2018.
db             111 Glendale Drive, Inc.,    8 Horseshoe Lane North,    Columbus, NJ 08022-1056
sp            +Margaret B Carmeli,    Tyler & Carmeli,    1 AAA Dr,    Suite 204,    Robbinsville, NJ 08691-1811
513180172     +Arecon, Ltd.,    2633A Whitehorse Hamilton Sq Rd,    Hamilton, NJ 08690-2717
513180174      NJ Department Of Environmental Protectio,    PO Box 420,    Trenton, NJ 08625-0420
513180173      New Jersey Department Of Environmental P,    401 E State St,    Trenton, NJ 08608-1501
513180175     +Township Of Bordentown,    1 Municipal Drive,    Bordentown, NJ 08505-2109
513422391     +Township of Bordentown,    c/o Capehart & Scatchard, P.A. (SIS),
                8000 Midlantic Drive, Suite 300-S,    Mt. Laurel, NJ 08054-1526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 19 2018 23:37:54     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 19 2018 23:37:48     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Arecon, Ltd.
op            ##+Arecon, Ltd.,    90 US Highway 130,   Bordentown, NJ 08505-2244
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2018 at the address(es) listed below:
         Bunce   Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
          maraujo@atkinsondebartolo.org
         Bunce   Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
         Bunce   Atkinson    on behalf of Other Prof.   Arecon, Ltd. bunceatkinson@aol.com,
          NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
         Bunce   Atkinson    on behalf of Spec. Counsel Margaret B Carmeli bunceatkinson@aol.com,
          NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
         Michael J. O'Donnell    on behalf of Creditor   Arecon, Ltd. modonnell@mgs-law.com,
          lmoller@mgs-law.com
         Sergio I. Scuteri    on behalf of Creditor   Township of Bordentown sscuteri@capehart.com
         Thomas J Orr    on behalf of Debtor   111 Glendale Drive, Inc. tom@torrlaw.com, xerna@aol.com
         Vera  Fedoroff     on behalf of Other Prof.   Arecon, Ltd. vf@legalmattersnj.com
         Vera  Fedoroff     on behalf of Trustee Bunce  Atkinson vf@legalmattersnj.com
                                                                                             TOTAL: 9
```