UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ATKINSON & DEBARTOLO, P.C
The Galleria, 2 Bridge Avenue, P.O. Box 8415
Red Bank, New Jersey 07701
BA 9186
Attorney for: Trustee Bunce D. Atkinson

Order Filed on May 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

111 GLENDALE DRIVE, INC.

      Debtor.

Case No. 12-26775/KCF

Hearing Date:04/24/2018@10:00 a.m.

Judge: Honorable Kathryn C. Ferguson

## ORDER AUTHORIZING TRUSTEE TO ABANDON REAL PROPERTY OF DEBTOR LOCATED AT 234 ROUTE 130, BORDENTOWN, NEW JERSEY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: May 3, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:        111 Glendale Drive, Inc.

Case No.:      12-26775/KCF

Caption of Order:    Order Authorizing Trustee to Abandon Real Property et al.,

---

**THIS MATTER** having been opened to the Court by Atkinson & DeBartolo, P.C., attorneys for the Trustee, Bunce D. Atkinson, Esq., Bunce D. Atkinson, Esq. appearing, and notice having been provided to all parties in interest, including the Debtor, the attorney for the Debtor, all of the shareholders of the Debtor, the Office of the United States Trustee, the attorneys for the Township of Burlington, and the Court having considered the pleadings filed herein, heard the argument of counsel, if any, and for good cause shown,

It is **ORDERED** as follows:

1. The Trustee's motion seeking authorization to abandon property located at 234 Route 130, Bordentown, New Jersey, be and hereby is granted.

2. Upon entry of this Order, the real property located at 234 Route 130, Bordentown, New Jersey, is abandoned by the Trustee and is no longer property of the Debtor Estate.