**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: 111 GLENDALE DRIVE, INC. § Case No. 12-26775
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 30, 2012. The undersigned trustee was appointed on July 02, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $        207,409.68

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                         0.00
   Administrative expenses                                  170,467.24
   Bank service fees                                          3,743.27
   Other payments to creditors                                    0.00
   Non-estate funds paid to 3rd Parties                           0.00
   Exemptions paid to the debtor                                  0.00
   Other payments to the debtor                                   0.00

   Leaving a balance on hand of[1]    $         33,199.17

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/31/2012 and the deadline for filing governmental claims was 12/27/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,620.48. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $13,620.48, for a total compensation of $13,620.48.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/05/2019              By: /s/Bunce D. Atkinson, Trustee
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-26775  
**Case Name:** 111 GLENDALE DRIVE, INC.  

**Period Ending:** 08/05/19

**Trustee:** (500070)  Bunce D. Atkinson, Trustee  
**Filed (f) or Converted (c):** 06/30/12 (f)  
**§341(a) Meeting Date:** 08/10/12  
**Claims Bar Date:** 10/31/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Estate at 234 Route 130, Bordentown, | 225,000.00 | 225,000.00 | OA | 0.00 | FA |
| 2 | Checking accounts at Beneficial Savings Bank, Fa | 20,017.00 | 20,017.00 | | 19,151.14 | FA |
| 3 | Potential Insurance Claim for cleanup of propert (u) | 80,000.00 | 80,000.00 | | 188,258.54 | FA |
| 3 | **Assets  Totals** (Excluding unknown values) | **$325,017.00** | **$325,017.00** | | **$207,409.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    August 31, 2014    **Current Projected Date Of Final Report (TFR):**    June 30, 2019

Printed: 08/12/2019 12:15 PM    V.14.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-26775 | Trustee: | Bunce D. Atkinson, Trustee (500070) |
|---|---|---|---|
| Case Name: | 111 GLENDALE DRIVE, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9566 - Checking Account |
| Taxpayer ID #: | **-***9590 | Blanket Bond: | $33,064,316.00  (per case limit) |
| Period Ending: | 08/05/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/31/13 | {2} | Beneficial Bank | Money from accounts at Beneficial Bank | 1129-000 | 19,151.14 | | 19,151.14 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.03 | 19,129.11 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.59 | 19,102.52 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 29.30 | 19,073.22 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.34 | 19,044.88 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.56 | 19,019.32 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.08 | 18,989.24 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.31 | 18,961.93 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.36 | 18,935.57 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.96 | 18,905.61 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.37 | 18,880.24 |
| 12/18/13 | 101 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/18/2013 FOR CASE #12-26775, Bond Premium payment for 2014-2015 using ledger balance as of 12/18/13 | 2300-000 | | 22.70 | 18,857.54 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.86 | 18,827.68 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.98 | 18,799.70 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.23 | 18,774.47 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.10 | 18,748.37 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.76 | 18,719.61 |
| 05/05/14 | 102 | Arecon LTD | Payment for cleaning of property | 3992-001 | | 2,000.00 | 16,719.61 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.73 | 16,692.88 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.20 | 16,669.68 |
| 07/31/14 | 103 | Arecon, LTD | Costs advanced for cleanup of property 234 Route 130, Bordentown, NJ 08505 | 3992-000 | | 2,785.00 | 13,884.68 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.37 | 13,858.31 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.06 | 13,838.25 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.22 | 13,817.03 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.53 | 13,796.50 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.85 | 13,778.65 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.46 | 13,756.19 |
| 01/21/15 | 104 | International Surities, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2015 FOR CASE #12-26775, Re-imburse A&D for 2015 bond payment Voided on 01/23/15 | 2300-004 | | 9.02 | 13,747.17 |

Subtotals :   $19,151.14   $5,403.97

{} Asset reference(s)

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-26775 | Trustee: | Bunce D. Atkinson, Trustee (500070) |
|---|---|---|---|
| Case Name: | 111 GLENDALE DRIVE, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9566 - Checking Account |
| Taxpayer ID #: | **-***9590 | Blanket Bond: | $33,064,316.00 (per case limit) |
| Period Ending: | 08/05/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/23/15 | 104 | International Surities, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2015 FOR CASE #12-26775, Re-imburse A&D for 2015 bond payment<br>Voided: check issued on 01/21/15 | 2300-004 | | -9.02 | 13,756.19 |
| 01/23/15 | 105 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2015 FOR CASE #12-26775, Reimburse A&D for 2015 Bond payment<br>Voided on 01/23/15 | 2300-004 | | 8.98 | 13,747.21 |
| 01/23/15 | 105 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2015 FOR CASE #12-26775, Reimburse A&D for 2015 Bond payment<br>Voided: check issued on 01/23/15 | 2300-004 | | -8.98 | 13,756.19 |
| 01/23/15 | 106 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2015 FOR CASE #12-26775, Reimburse A&D for 2015 bond payment | 2300-000 | | 9.76 | 13,746.43 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.78 | 13,726.65 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.42 | 13,708.23 |
| 03/24/15 | | International Sureties | Bond Refund | 2300-000 | | -3.89 | 13,712.12 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.03 | 13,691.09 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.69 | 13,671.40 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.00 | 13,652.40 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.94 | 13,631.46 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.25 | 13,611.21 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.92 | 13,592.29 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.85 | 13,571.44 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.51 | 13,551.93 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.84 | 13,533.09 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.41 | 13,511.68 |
| 01/13/16 | 107 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2016 FOR CASE #12-26775, Reimbursement for Bond 01/01/16 to 01/01/17 #016026385 | 2300-000 | | 6.06 | 13,505.62 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.73 | 13,486.89 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.69 | 13,468.20 |

Subtotals :   $0.00   $278.97

{} Asset reference(s)   Printed: 08/12/2019 12:15 PM   V.14.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-26775 | | Trustee: | Bunce D. Atkinson, Trustee (500070) |
|---|---|---|---|---|
| Case Name: | 111 GLENDALE DRIVE, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9566 - Checking Account |
| Taxpayer ID #: | **-***9590 | | Blanket Bond: | $33,064,316.00   (per case limit) |
| Period Ending: | 08/05/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.25 | 13,446.95 |
| 04/13/16 | {3} | Riverstone Claim | Payment of claim | 1229-000 | 1,973.44 | | 15,420.39 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.15 | 15,400.24 |
| 05/20/16 | {3} | Allianz, Fireman's Fund Ins. Co. | Partial payment of claim | 1229-000 | 26,160.45 | | 41,560.69 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.60 | 41,533.09 |
| 06/08/16 | 108 | ATKINSON & DeBARTOLO, P.C. | Paid per Order dated 12/7/15 | 3110-000 | | 5,402.25 | 36,130.84 |
| 06/08/16 | 109 | ATKINSON & DeBARTOLO, P.C. | Paid per Order dated 12/7/15 | 3120-000 | | 428.35 | 35,702.49 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.68 | 35,642.81 |
| 07/01/16 | 110 | ATKINSON & DeBARTOLO, P.C. | Paid per Order 12/7/15 | 3110-000 | | 12,734.25 | 22,908.56 |
| 07/05/16 | {3} | Riverstone Claim Payment | To cover underpayment of Asset #3 | 1229-000 | 228.72 | | 23,137.28 |
| 07/06/16 | 111 {3} | Riverstone Claims Managment | Overpayment to Tyler & Carmeli on Arecon Invoices | 1229-000 | -346.81 | | 22,790.47 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.49 | 22,754.98 |
| 08/16/16 | 112 | Arecon LTD | Paid per Order dated 11/16/15 | 3992-000 | | 9,000.00 | 13,754.98 |
| 08/16/16 | 113 | Arecon LTD | Paid per Order dated 11/16/15 | 3992-000 | | 2,991.58 | 10,763.40 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.02 | 10,734.38 |
| 09/29/16 | {3} | Riverstone Claim Payment JNL 160929 20065857 33339 | Potential Insurance Claim for cleanup of property | 1229-000 | 697.88 | | 11,432.26 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.42 | 11,416.84 |
| 10/04/16 | {3} | Fireman's Fund Insurance Comapny | partial payment of claim | 1229-000 | 7,022.49 | | 18,439.33 |
| 10/04/16 | {3} | Fireman's fund | partial payment of claim | 1229-000 | 1,951.35 | | 20,390.68 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.12 | 20,364.56 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.16 | 20,333.40 |
| 12/08/16 | {3} | Commerce and Industry Insurance Company | insurance claim for cleanup of property | 1229-000 | 132,393.81 | | 152,727.21 |
| 12/21/16 | 114 | Arecon LTD | Paid per Order dated 11/16/15 | 3992-000 | | 14,003.70 | 138,723.51 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.43 | 138,562.08 |
| 01/03/17 | {3} | Allianz, Fireman's Fund Ins. Co. | Partial payment of claim | 1229-000 | 327.43 | | 138,889.51 |
| 01/10/17 | {3} | Commerce and Industry Insurance Company | Allocation - NJDEP Annual Site Remediation Fee prior years | 1229-000 | 7,864.93 | | 146,754.44 |
| 01/10/17 | {3} | Fireman's Fund Insurance Co. | Payment for asset #3 | 1229-000 | 220.50 | | 146,974.94 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 220.72 | 146,754.22 |
| 02/06/17 | 115 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2017 FOR CASE #12-26775 | 2300-000 | | 63.45 | 146,690.77 |
| 02/27/17 | {3} | Commerce and Industry Insurance Company | Allocation - Arecon Invoices | 1229-000 | 4,626.57 | | 151,317.34 |

Subtotals :   $183,120.76   $45,271.62

{} Asset reference(s)

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 12-26775
**Case Name:** 111 GLENDALE DRIVE, INC.

**Taxpayer ID #:** **-***9590
**Period Ending:** 08/05/19

**Trustee:** Bunce D. Atkinson, Trustee (500070)
**Bank Name:** Rabobank, N.A.
**Account:** ******9566 - Checking Account
**Blanket Bond:** $33,064,316.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/27/17 | 116 | Arecon LTD | Remediation of real property | 3992-000 | | 7,000.00 | 144,317.34 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.94 | 144,120.40 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.53 | 143,905.87 |
| 04/17/17 | 117 | Tyler & Carmeli, PC | Special Counsel fees as per 4/17/17 Order | 3210-000 | | 61,040.65 | 82,865.22 |
| 04/17/17 | 118 | ATKINSON & DeBARTOLO, P.C. | Attorney Fees as per 4/17/17 Order | 3110-000 | | 6,763.00 | 76,102.22 |
| 04/17/17 | 119 | ATKINSON & DeBARTOLO, P.C. | Attorney expenses as per 4/17/17 Order | 3120-000 | | 36.54 | 76,065.68 |
| 04/17/17 | 120 | Arecon LTD | fees as per 4/17/17 Order | 3992-000 | | 4,857.55 | 71,208.13 |
| 04/17/17 | 121 | Arecon LTD | expenses as per 4/17/17 Order | 3992-000 | | 45.00 | 71,163.13 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.59 | 70,983.54 |
| 05/12/17 | {3} | Riverstone Claim Payment JNL 170512 20065857 45362 | potential insurance claim for cleaning of property Arecon inoices | 1229-000 | 134.80 | | 71,118.34 |
| 05/15/17 | {3} | Commerce and Industry Insurance Company | Allocation - NJDEP Annual Site Remediation Fee Arecon Invoice | 1229-000 | 1,714.00 | | 72,832.34 |
| 05/19/17 | {3} | Fireman's Fund | Arecon Invoice16-46054-12 | 1229-000 | 425.26 | | 73,257.60 |
| 05/30/17 | 122 | Treasurer- State of New Jersey | Annual Site Remediation Fee | 2420-000 | | 16,715.00 | 56,542.60 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.84 | 56,428.76 |
| 06/05/17 | {3} | Commerce and Industry Insurance Company | Allocation - NJDEP Annual Site Remediation Fee | 1229-000 | 2,294.45 | | 58,723.21 |
| 06/27/17 | {3} | Fireman's Fund Insurance | ARM US 15.08 of USEPA 4.4.17 charges,of annual site remediation fee | 1229-000 | 569.27 | | 59,292.48 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.66 | 59,203.82 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.31 | 59,121.51 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.54 | 59,027.97 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.07 | 58,945.90 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.43 | 58,855.47 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.65 | 58,770.82 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.71 | 58,689.11 |
| 01/16/18 | 123 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/16/2018 FOR CASE #12-26775, 01/01/18-01/01/19 Bond#016026385 | 2300-000 | | 44.48 | 58,644.63 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.82 | 58,551.81 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.60 | 58,473.21 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.10 | 58,389.11 |
| 04/23/18 | 124 | Treasurer-State of New Jersey | Invoice# 180354220-annual site remediation fee | 2990-000 | | 3,365.00 | 55,024.11 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.18 | 54,942.93 |

Subtotals :   $5,137.78   $101,512.19

{} Asset reference(s)

Printed: 08/12/2019 12:15 PM    V.14.56

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 12-26775  
**Case Name:** 111 GLENDALE DRIVE, INC.  

**Taxpayer ID #:** **-***9590  
**Period Ending:** 08/05/19  

**Trustee:** Bunce D. Atkinson, Trustee (500070)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9566 - Checking Account  
**Blanket Bond:** $33,064,316.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.38 | 54,854.55 |
| 06/21/18 | 125 | Tyler & Carmeli, P.C. | as per 6/21/2018 Order | 3210-000 | | 6,892.59 | 47,961.96 |
| 06/21/18 | 126 | Tyler & Carmeli, P.C. | as per 6/21/2018 Order | 3220-000 | | 47.92 | 47,914.04 |
| 06/21/18 | 127 | ATKINSON & DeBARTOLO, P.C. | as per 6/21/218 Order | 3110-000 | | 12,396.00 | 35,518.04 |
| 06/21/18 | 128 | ATKINSON & DeBARTOLO, P.C. | as per 6/21/2018 Order | 3120-000 | | 42.66 | 35,475.38 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.07 | 35,400.31 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.97 | 35,342.34 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.52 | 35,289.82 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.07 | 35,262.75 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.88 | 35,230.87 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.95 | 35,201.92 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.96 | 35,173.96 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.80 | 35,142.16 |
| 02/04/19 | 129 | ATKINSON & DeBARTOLO, P.C. | as per 1/18/2019 Order | 3110-000 | | 1,640.00 | 33,502.16 |
| 02/04/19 | 130 | ATKINSON & DeBARTOLO, P.C. | as per 1/18/2019  Order | 3120-000 | | 127.74 | 33,374.42 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.84 | 33,348.58 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.49 | 33,322.09 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.21 | 33,292.88 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.27 | 33,264.61 |
| 06/06/19 | 131 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2019 FOR CASE #12-26775 | 2300-000 | | 9.90 | 33,254.71 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.51 | 33,229.20 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.03 | 33,199.17 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 207,409.68 | 174,210.51 |   $33,199.17
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 207,409.68 | 174,210.51 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$207,409.68** | **$174,210.51** |

{} Asset reference(s)    Printed: 08/12/2019 12:15 PM    V.14.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 12-26775 | | Trustee: | Bunce D. Atkinson, Trustee (500070) |
|---|---|---|---|---|
| Case Name: | 111 GLENDALE DRIVE, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9566 - Checking Account |
| Taxpayer ID #: | **-***9590 | | Blanket Bond: | $33,064,316.00  (per case limit) |
| Period Ending: | 08/05/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******9566 | 207,409.68 | 174,210.51 | 33,199.17 |
| | $207,409.68 | $174,210.51 | $33,199.17 |

{} Asset reference(s)

Printed: 08/12/2019 12:15 PM    V.14.56

# Claims Register

## Case: 12-26775    111 GLENDALE DRIVE, INC.

Claims Bar Date: 10/31/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Bunce D. Atkinson, Trustee<br>PO Box 8415, Suite 231<br>2 Bridge Avenue, The Galleria<br>Red Bank, NJ 07701<br><2100-00  Trustee Compensation>, 99 | Admin Ch. 7<br>06/30/12 |  | $13,620.48<br>$13,620.48 | $0.00 | $13,620.48 |
|  | International Sureties<br><2300-00  Bond Payments>, 200 | Admin Ch. 7<br>06/30/12 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | Township of Bordentown<br>c/o Capehart & Scatchard, P.A. (SIS)<br>8000 Midlantic Drive, Suite 300-S<br>Mt. Laurel, NJ 08054<br><4700-00  Real Property Tax Liens (pre-petition)>, 100 | Secured<br>10/11/12 | Lien against real property only. Real estate taxes are not a personal obligation and remain a lien on the property. | $4,804.47<br>$0.00 | $0.00 | $0.00 |
| 2 | Arecon, Ltd.<br>90 U.S. Highway 130<br>Bordentown, NJ 08505<br><4220-00  Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens)>, 100 | Secured<br>10/22/12 | CONSTRUCTION LIEN FILED PRE-PETITION | $79,679.38<br>$79,679.38 | $0.00 | $79,679.38 |
| ADMIN | Treasurer-State of New Jersey<br>NJ Department of Treasury-Div. of Revenu<br>PO Box 417<br>Trenton, NJ 08646-0417<br><2990-00  Other Chapter 7 Administrative Expenses>, 200 | Admin Ch. 7<br>06/30/12 |  | $3,365.00<br>$3,365.00 | $3,365.00 | $0.00 |
| A&DEXP | ATKINSON & DeBARTOLO, P.C.<br>PO Box 8415<br>2 Bridge Avenue, The Galleria<br>Red Bank, NJ 07701<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 99 | Admin Ch. 7<br>06/30/12 |  | $428.35<br>$428.35 | $428.35 | $0.00 |
| A&DFEE | ATKINSON & DeBARTOLO, P.C.<br>PO Box 8415<br>2 Bridge Avenue, The Galleria<br>Red Bank, NJ 07701<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 99 | Admin Ch. 7<br>06/30/12 | Paid in 2 checks (#108 & #110) | $18,136.50<br>$18,136.50 | $18,136.50 | $0.00 |
| ARECEXP | Arecon LTD<br>90 U.S. Highway 130<br>Bordentown, NJ 08505<br><3992-00  Other Professional Expenses>, 200 | Admin Ch. 7<br>06/30/12 | company hired by trustee to assist in obtaining cleanup of property | $3,036.58<br>$3,036.58 | $3,036.58 | $0.00 |

# Claims Register

## Case:  12-26775   111 GLENDALE DRIVE, INC.

Claims Bar Date:  10/31/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| SPECEXP | Tyler & Carmeli, P.C. 1 AAA Drive Suite 204 Robbinsville, NJ 08691 <3220-00   Attorney for Trustee Expenses (Other Firm)>,  200 | Admin Ch.  7 06/30/12 | | $47.92 $47.92 | $47.92 | $0.00 |
| SPECFEE | Tyler & Carmeli, P.C. 1 AAA Drive Suite 204 Robbinsville, NJ 08691 <3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7 06/30/12 | Order entered 4/17/2017 | $61,040.65 $61,040.65 | $61,040.65 | $0.00 |
| SPECFEE | Tyler & Carmeli, PC 1 AAA Drive, Suite 204 Robbinsville, NJ 08691 <3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7 06/30/12 | | $6,892.59 $6,892.59 | $6,892.59 | $0.00 |
| A&DEXP2 | ATKINSON & DeBARTOLO, P.C. PO Box 8415 2 Bridge Avenue, The Galleria Red Bank, NJ 07701 <3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  99 | Admin Ch.  7 06/30/12 | Order entered 4/17/2017 | $36.54 $36.54 | $36.54 | $0.00 |
| A&DEXP3 | ATKINSON & DeBARTOLO, P.C. PO Box 8415 2 Bridge Avenue, The Galleria Red Bank, NJ 07701 <3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  99 | Admin Ch.  7 06/30/12 | Order entered 6/21/2018 | $42.66 $42.66 | $42.66 | $0.00 |
| A&DEXP4 | ATKINSON & DeBARTOLO, P.C. PO Box 8415 2 Bridge Avenue, The Galleria Red Bank, NJ 07701 <3120-00   Attorney for Trustee Expenses (Trustee Firm)>,  99 | Admin Ch.  7 06/30/12 | Order entered 1/18/2019 | $127.74 $127.74 | $127.74 | $0.00 |
| A&DFEE2 | ATKINSON & DeBARTOLO, P.C. PO Box 8415 2 Bridge Avenue, The Galleria Red Bank, NJ 07701 <3110-00   Attorney for Trustee Fees (Trustee Firm)>,  99 | Admin Ch.  7 06/30/12 | Order entered 4/17/2017 | $6,763.00 $6,763.00 | $6,763.00 | $0.00 |
| A&DFEE3 | ATKINSON & DeBARTOLO, P.C. PO Box 8415 2 Bridge Avenue, The Galleria Red Bank, NJ 07701 <3110-00   Attorney for Trustee Fees (Trustee Firm)>,  99 | Admin Ch.  7 06/30/12 | Order entered 6/21/2018 | $12,396.00 $12,396.00 | $12,396.00 | $0.00 |

# Claims Register

## Case:  12-26775    111 GLENDALE DRIVE, INC.

Claims Bar Date:   10/31/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A&DFEE4 | ATKINSON & DeBARTOLO, P.C.<br>PO Box 8415<br>2 Bridge Avenue, The Galleria<br>Red Bank, NJ 07701<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>, 99 | Admin Ch. 7<br>06/30/12 | Order entered 1/18/2019 | $1,640.00<br>$1,640.00 | $1,640.00 | $0.00 |
| ARECONFE | Arecon LTD<br>90 U.S. Highway 130<br>Bordentown, NJ 08505<br><3992-00   Other Professional Expenses>, 200 | Admin Ch. 7<br>06/30/12 | company hired by trustee to assist in obtaining cleanup of property | $39,646.25<br>$39,646.25 | $39,646.25 | $0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | **Case Total:** | **$153,599.78** |  | **$93,299.86** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-26775
Case Name: 111 GLENDALE DRIVE, INC.
Trustee Name: Bunce D. Atkinson, Trustee

**Balance on hand:**  $ 33,199.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Township of Bordentown | 4,804.47 | 0.00 | 0.00 | 0.00 |
| 2 | Arecon, Ltd. | 79,679.38 | 79,679.38 | 0.00 | 19,578.69 |

Total to be paid to secured creditors:   $   19,578.69
Remaining balance:   $   13,620.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Bunce D. Atkinson, Trustee | 13,620.48 | 0.00 | 13,620.48 |
| Attorney for Trustee, Fees - ATKINSON & DeBARTOLO, P.C. | 38,935.50 | 38,935.50 | 0.00 |
| Attorney for Trustee, Expenses - ATKINSON & DeBARTOLO, P.C. | 635.29 | 635.29 | 0.00 |
| Other Expenses: Arecon LTD | 42,682.83 | 42,682.83 | 0.00 |
| Attorney for Trustee Fees - Tyler & Carmeli, P.C. | 61,040.65 | 61,040.65 | 0.00 |
| Attorney for Trustee Fees - Tyler & Carmeli, PC | 6,892.59 | 6,892.59 | 0.00 |
| Attorney for Trustee Expenses - Tyler & Carmeli, P.C. | 47.92 | 47.92 | 0.00 |
| Other Expenses: International Sureties | 0.00 | 0.00 | 0.00 |
| Other Expenses: Treasurer-State of New Jersey | 3,365.00 | 3,365.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   13,620.48
Remaining balance:   $   0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**