# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re: 111 GLENDALE DRIVE, INC.   § Case No. 12-26775-KCF
§
§
Debtor(s)   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Bunce D. Atkinson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $225,000.00      Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $19,578.69      Claims Discharged Without Payment: $0.00

Total Expenses of Administration: $187,830.99

3) Total gross receipts of $ 207,409.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $207,409.68 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $84,483.85 | $79,679.38 | $19,578.69 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 187,830.99 | 187,830.99 | 187,830.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $272,314.84 | $267,510.37 | $207,409.68 |

4) This case was originally filed under Chapter 7 on June 30, 2012. The case was pending for 90 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2019          By: /s/Bunce D. Atkinson, Trustee
                                            Trustee, Bar No.: BA-9186

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking accounts at Beneficial Savings Bank, Fa | 1129-000 | 19,151.14 |
| Potential Insurance Claim for cleanup of propert | 1229-000 | 188,258.54 |
| **TOTAL GROSS RECEIPTS** | | **$207,409.68** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Township of Bordentown | 4700-000 | N/A | 4,804.47 | 0.00 | 0.00 |
| 2 | Arecon, Ltd. | 4220-000 | N/A | 79,679.38 | 79,679.38 | 19,578.69 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$84,483.85** | **$79,679.38** | **$19,578.69** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Bunce D. Atkinson, Trustee | 2100-000 | N/A | 13,620.48 | 13,620.48 | 13,620.48 |
| Other - International Sureties | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| Other - Treasurer-State of New Jersey | 2990-000 | N/A | 3,365.00 | 3,365.00 | 3,365.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Description | Code | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) - ATKINSON & DeBARTOLO, P.C. | 3120-000 | N/A | 428.35 | 428.35 | 428.35 |
| Attorney for Trustee Fees (Trustee Firm) - ATKINSON & DeBARTOLO, P.C. | 3110-000 | N/A | 18,136.50 | 18,136.50 | 18,136.50 |
| Other - Arecon LTD | 3992-000 | N/A | 3,036.58 | 3,036.58 | 3,036.58 |
| Other - Tyler & Carmeli, P.C. | 3220-000 | N/A | 47.92 | 47.92 | 47.92 |
| Other - Tyler & Carmeli, PC | 3210-000 | N/A | 6,892.59 | 6,892.59 | 6,892.59 |
| Other - Tyler & Carmeli, P.C. | 3210-000 | N/A | 61,040.65 | 61,040.65 | 61,040.65 |
| Attorney for Trustee Expenses (Trustee Firm) - ATKINSON & DeBARTOLO, P.C. | 3120-000 | N/A | 36.54 | 36.54 | 36.54 |
| Attorney for Trustee Expenses (Trustee Firm) - ATKINSON & DeBARTOLO, P.C. | 3120-000 | N/A | 42.66 | 42.66 | 42.66 |
| Attorney for Trustee Expenses (Trustee Firm) - ATKINSON & DeBARTOLO, P.C. | 3120-000 | N/A | 127.74 | 127.74 | 127.74 |
| Attorney for Trustee Fees (Trustee Firm) - ATKINSON & DeBARTOLO, P.C. | 3110-000 | N/A | 6,763.00 | 6,763.00 | 6,763.00 |
| Attorney for Trustee Fees (Trustee Firm) - ATKINSON & DeBARTOLO, P.C. | 3110-000 | N/A | 12,396.00 | 12,396.00 | 12,396.00 |
| Attorney for Trustee Fees (Trustee Firm) - ATKINSON & DeBARTOLO, P.C. | 3110-000 | N/A | 1,640.00 | 1,640.00 | 1,640.00 |
| Other - Arecon LTD | 3992-000 | N/A | 39,646.25 | 39,646.25 | 37,646.25 |
| Other - Arecon LTD - Arecon LTD | 3992-001 | N/A | N/A | N/A | 2,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.03 | 22.03 | 22.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.59 | 26.59 | 26.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.30 | 29.30 | 29.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.34 | 28.34 | 28.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.56 | 25.56 | 25.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.08 | 30.08 | 30.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.31 | 27.31 | 27.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.36 | 26.36 | 26.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.96 | 29.96 | 29.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.37 | 25.37 | 25.37 |
| Other - ATKINSON & DeBARTOLO, P.C. | 2300-000 | N/A | 22.70 | 22.70 | 22.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.86 | 29.86 | 29.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.98 | 27.98 | 27.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.23 | 25.23 | 25.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.10 | 26.10 | 26.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.76 | 28.76 | 28.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.73 | 26.73 | 26.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.20 | 23.20 | 23.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.37 | 26.37 | 26.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.06 | 20.06 | 20.06 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.22 | 21.22 | 21.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.53 | 20.53 | 20.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.85 | 17.85 | 17.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.46 | 22.46 | 22.46 |
| Other - ATKINSON & DeBARTOLO, P.C. | 2300-000 | N/A | 9.76 | 9.76 | 9.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.78 | 19.78 | 19.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.42 | 18.42 | 18.42 |
| Other - International Sureties | 2300-000 | N/A | -3.89 | -3.89 | -3.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.03 | 21.03 | 21.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.69 | 19.69 | 19.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.00 | 19.00 | 19.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.94 | 20.94 | 20.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.25 | 20.25 | 20.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.92 | 18.92 | 18.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.85 | 20.85 | 20.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.51 | 19.51 | 19.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.84 | 18.84 | 18.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.41 | 21.41 | 21.41 |
| Other - ATKINSON & DeBARTOLO, P.C. | 2300-000 | N/A | 6.06 | 6.06 | 6.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.73 | 18.73 | 18.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.69 | 18.69 | 18.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.25 | 21.25 | 21.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.15 | 20.15 | 20.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.60 | 27.60 | 27.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.68 | 59.68 | 59.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.49 | 35.49 | 35.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.02 | 29.02 | 29.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.42 | 15.42 | 15.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.12 | 26.12 | 26.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.16 | 31.16 | 31.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 161.43 | 161.43 | 161.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 220.72 | 220.72 | 220.72 |
| Other - ATKINSON & DeBARTOLO, P.C. | 2300-000 | N/A | 63.45 | 63.45 | 63.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 196.94 | 196.94 | 196.94 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 214.53 | 214.53 | 214.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 179.59 | 179.59 | 179.59 |
| Other - Treasurer- State of New Jersey | 2420-000 | N/A | 16,715.00 | 16,715.00 | 16,715.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 113.84 | 113.84 | 113.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.66 | 88.66 | 88.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 82.31 | 82.31 | 82.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.54 | 93.54 | 93.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 82.07 | 82.07 | 82.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 90.43 | 90.43 | 90.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.65 | 84.65 | 84.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.71 | 81.71 | 81.71 |
| Other - ATKINSON & DeBARTOLO, P.C. | 2300-000 | N/A | 44.48 | 44.48 | 44.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 92.82 | 92.82 | 92.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 78.60 | 78.60 | 78.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.10 | 84.10 | 84.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.18 | 81.18 | 81.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.38 | 88.38 | 88.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 75.07 | 75.07 | 75.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.97 | 57.97 | 57.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.52 | 52.52 | 52.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.07 | 27.07 | 27.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.88 | 31.88 | 31.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.95 | 28.95 | 28.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.96 | 27.96 | 27.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.80 | 31.80 | 31.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.84 | 25.84 | 25.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.49 | 26.49 | 26.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.21 | 29.21 | 29.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.27 | 28.27 | 28.27 |
| Other - ATKINSON & DeBARTOLO, P.C. | 2300-000 | N/A | 9.90 | 9.90 | 9.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.51 | 25.51 | 25.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.03 | 30.03 | 30.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $187,830.99 | $187,830.99 | $187,830.99 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-26775-KCF  
**Case Name:** 111 GLENDALE DRIVE, INC.  

**Period Ending:** 12/19/19

**Trustee:**  (500070)  Bunce D. Atkinson, Trustee  
**Filed (f) or Converted (c):** 06/30/12 (f)  
**§341(a) Meeting Date:** 08/10/12  
**Claims Bar Date:** 10/31/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Real Estate at 234 Route 130, Bordentown, | 225,000.00 | 225,000.00 | OA | 0.00 | FA |
| 2 | Checking accounts at Beneficial Savings Bank, Fa | 20,017.00 | 20,017.00 | | 19,151.14 | FA |
| 3 | Potential Insurance Claim for cleanup of propert (u) | 80,000.00 | 80,000.00 | | 188,258.54 | FA |
| 3 | **Assets**    **Totals** (Excluding unknown values) | **$325,017.00** | **$325,017.00** | | **$207,409.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR was delivered to the UST on August 12, 2019 and has been scheduled for 11/21/2019 at 2:30p.m.

**Initial Projected Date Of Final Report (TFR):**    August 31, 2014    **Current Projected Date Of Final Report (TFR):**    August 12, 2019  (Actual)

Printed: 12/19/2019 02:18 PM    V.14.60

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-26775-KCF  
**Case Name:** 111 GLENDALE DRIVE, INC.  

**Taxpayer ID #:** **-***9590  
**Period Ending:** 12/19/19  

**Trustee:** Bunce D. Atkinson, Trustee (500070)  
**Bank Name:** Mechanics Bank  
**Account:** ******9566 - Checking Account  
**Blanket Bond:** $33,064,316.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/13 | {2} | Beneficial Bank | Money from accounts at Beneficial Bank | 1129-000 | 19,151.14 | | 19,151.14 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.03 | 19,129.11 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.59 | 19,102.52 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 29.30 | 19,073.22 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.34 | 19,044.88 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.56 | 19,019.32 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.08 | 18,989.24 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.31 | 18,961.93 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.36 | 18,935.57 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.96 | 18,905.61 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.37 | 18,880.24 |
| 12/18/13 | 101 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/18/2013 FOR CASE #12-26775, Bond Premium payment for 2014-2015 using ledger balance as of 12/18/13 | 2300-000 | | 22.70 | 18,857.54 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.86 | 18,827.68 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.98 | 18,799.70 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.23 | 18,774.47 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.10 | 18,748.37 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.76 | 18,719.61 |
| 05/05/14 | 102 | Arecon LTD | Payment for cleaning of property | 3992-001 | | 2,000.00 | 16,719.61 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.73 | 16,692.88 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.20 | 16,669.68 |
| 07/31/14 | 103 | Arecon, LTD | Costs advanced for cleanup of property 234 Route 130, Bordentown, NJ 08505 | 3992-000 | | 2,785.00 | 13,884.68 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.37 | 13,858.31 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.06 | 13,838.25 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.22 | 13,817.03 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.53 | 13,796.50 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.85 | 13,778.65 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.46 | 13,756.19 |
| 01/21/15 | 104 | International Surities, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2015 FOR CASE #12-26775, Re-imburse A&D for 2015 bond payment Voided on 01/23/15 | 2300-004 | | 9.02 | 13,747.17 |

Subtotals : $19,151.14    $5,403.97

{} Asset reference(s)

Printed: 12/19/2019 02:18 PM    V.14.60

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-26775-KCF  
**Case Name:** 111 GLENDALE DRIVE, INC.

**Taxpayer ID #:** **-***9590  
**Period Ending:** 12/19/19

**Trustee:** Bunce D. Atkinson, Trustee (500070)  
**Bank Name:** Mechanics Bank  
**Account:** ******9566 - Checking Account  
**Blanket Bond:** $33,064,316.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/15 | 104 | International Surities, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2015 FOR CASE #12-26775, Re-imburse A&D for 2015 bond payment<br>Voided: check issued on 01/21/15 | 2300-004 | | -9.02 | 13,756.19 |
| 01/23/15 | 105 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2015 FOR CASE #12-26775, Reimburse A&D for 2015 Bond payment<br>Voided on 01/23/15 | 2300-004 | | 8.98 | 13,747.21 |
| 01/23/15 | 105 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2015 FOR CASE #12-26775, Reimburse A&D for 2015 Bond payment<br>Voided: check issued on 01/23/15 | 2300-004 | | -8.98 | 13,756.19 |
| 01/23/15 | 106 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2015 FOR CASE #12-26775, Reimburse A&D for 2015 bond payment | 2300-000 | | 9.76 | 13,746.43 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.78 | 13,726.65 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.42 | 13,708.23 |
| 03/24/15 | | International Sureties | Bond Refund | 2300-000 | | -3.89 | 13,712.12 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.03 | 13,691.09 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.69 | 13,671.40 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.00 | 13,652.40 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.94 | 13,631.46 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.25 | 13,611.21 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.92 | 13,592.29 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.85 | 13,571.44 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.51 | 13,551.93 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.84 | 13,533.09 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.41 | 13,511.68 |
| 01/13/16 | 107 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2016 FOR CASE #12-26775, Reimbursement for Bond 01/01/16 to 01/01/17 #016026385 | 2300-000 | | 6.06 | 13,505.62 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.73 | 13,486.89 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.69 | 13,468.20 |

Subtotals :                    $0.00                    $278.97

{} Asset reference(s)                                                                                   Printed: 12/19/2019 02:18 PM    V.14.60

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-26775-KCF  
**Case Name:** 111 GLENDALE DRIVE, INC.  

**Taxpayer ID #:** **-***9590  
**Period Ending:** 12/19/19  

**Trustee:** Bunce D. Atkinson, Trustee (500070)  
**Bank Name:** Mechanics Bank  
**Account:** ******9566 - Checking Account  
**Blanket Bond:** $33,064,316.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.25 | 13,446.95 |
| 04/13/16 | {3} | Riverstone Claim | Payment of claim | 1229-000 | 1,973.44 | | 15,420.39 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.15 | 15,400.24 |
| 05/20/16 | {3} | Allianz, Fireman's Fund Ins. Co. | Partial payment of claim | 1229-000 | 26,160.45 | | 41,560.69 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.60 | 41,533.09 |
| 06/08/16 | 108 | ATKINSON & DeBARTOLO, P.C. | Paid per Order dated 12/7/15 | 3110-000 | | 5,402.25 | 36,130.84 |
| 06/08/16 | 109 | ATKINSON & DeBARTOLO, P.C. | Paid per Order dated 12/7/15 | 3120-000 | | 428.35 | 35,702.49 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.68 | 35,642.81 |
| 07/01/16 | 110 | ATKINSON & DeBARTOLO, P.C. | Paid per Order 12/7/15 | 3110-000 | | 12,734.25 | 22,908.56 |
| 07/05/16 | {3} | Riverstone Claim Payment | To cover underpayment of Asset #3 | 1229-000 | 228.72 | | 23,137.28 |
| 07/06/16 | 111 {3} | Riverstone Claims Managment | Overpayment to Tyler & Carmeli on Arecon Invoices | 1229-000 | -346.81 | | 22,790.47 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.49 | 22,754.98 |
| 08/16/16 | 112 | Arecon LTD | Paid per Order dated 11/16/15 | 3992-000 | | 9,000.00 | 13,754.98 |
| 08/16/16 | 113 | Arecon LTD | Paid per Order dated 11/16/15 | 3992-000 | | 2,991.58 | 10,763.40 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.02 | 10,734.38 |
| 09/29/16 | {3} | Riverstone Claim Payment JNL 160929 20065857 33339 | Potential Insurance Claim for cleanup of property | 1229-000 | 697.88 | | 11,432.26 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.42 | 11,416.84 |
| 10/04/16 | {3} | Fireman's Fund Insurance Comapny | partial payment of claim | 1229-000 | 7,022.49 | | 18,439.33 |
| 10/04/16 | {3} | Fireman's fund | partial payment of claim | 1229-000 | 1,951.35 | | 20,390.68 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.12 | 20,364.56 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.16 | 20,333.40 |
| 12/08/16 | {3} | Commerce and Industry Insurance Company | insurance claim for cleanup of property | 1229-000 | 132,393.81 | | 152,727.21 |
| 12/21/16 | 114 | Arecon LTD | Paid per Order dated 11/16/15 | 3992-000 | | 14,003.70 | 138,723.51 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.43 | 138,562.08 |
| 01/03/17 | {3} | Allianz, Fireman's Fund Ins. Co. | Partial payment of claim | 1229-000 | 327.43 | | 138,889.51 |
| 01/10/17 | {3} | Commerce and Industry Insurance Company | Allocation - NJDEP Annual Site Remediation Fee prior years | 1229-000 | 7,864.93 | | 146,754.44 |
| 01/10/17 | {3} | Fireman's Fund Insurance Co. | Payment for asset #3 | 1229-000 | 220.50 | | 146,974.94 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 220.72 | 146,754.22 |
| 02/06/17 | 115 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2017 FOR CASE #12-26775 | 2300-000 | | 63.45 | 146,690.77 |
| 02/27/17 | {3} | Commerce and Industry Insurance Company | Allocation - Arecon Invoices | 1229-000 | 4,626.57 | | 151,317.34 |

Subtotals :  $183,120.76    $45,271.62

{} Asset reference(s)                                        Printed: 12/19/2019 02:18 PM    V.14.60

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 12-26775-KCF  
**Case Name:** 111 GLENDALE DRIVE, INC.  
**Taxpayer ID #:** **-***9590  
**Period Ending:** 12/19/19

**Trustee:** Bunce D. Atkinson, Trustee (500070)  
**Bank Name:** Mechanics Bank  
**Account:** ******9566 - Checking Account  
**Blanket Bond:** $33,064,316.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/27/17 | 116 | Arecon LTD | Remediation of real property | 3992-000 | | 7,000.00 | 144,317.34 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.94 | 144,120.40 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.53 | 143,905.87 |
| 04/17/17 | 117 | Tyler & Carmeli, PC | Special Counsel fees as per 4/17/17 Order | 3210-000 | | 61,040.65 | 82,865.22 |
| 04/17/17 | 118 | ATKINSON & DeBARTOLO, P.C. | Attorney Fees as per 4/17/17 Order | 3110-000 | | 6,763.00 | 76,102.22 |
| 04/17/17 | 119 | ATKINSON & DeBARTOLO, P.C. | Attorney expenses as per 4/17/17 Order | 3120-000 | | 36.54 | 76,065.68 |
| 04/17/17 | 120 | Arecon LTD | fees as per 4/17/17 Order | 3992-000 | | 4,857.55 | 71,208.13 |
| 04/17/17 | 121 | Arecon LTD | expenses as per 4/17/17 Order | 3992-000 | | 45.00 | 71,163.13 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 179.59 | 70,983.54 |
| 05/12/17 | {3} | Riverstone Claim Payment JNL 170512 20065857 45362 | potential insurance claim for cleaning of property Arecon inoices | 1229-000 | 134.80 | | 71,118.34 |
| 05/15/17 | {3} | Commerce and Industry Insurance Company | Allocation - NJDEP Annual Site Remediation Fee Arecon Invoice | 1229-000 | 1,714.00 | | 72,832.34 |
| 05/19/17 | {3} | Fireman's Fund | Arecon Invoice16-46054-12 | 1229-000 | 425.26 | | 73,257.60 |
| 05/30/17 | 122 | Treasurer- State of New Jersey | Annual Site Remediation Fee | 2420-000 | | 16,715.00 | 56,542.60 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.84 | 56,428.76 |
| 06/05/17 | {3} | Commerce and Industry Insurance Company | Allocation - NJDEP Annual Site Remediation Fee | 1229-000 | 2,294.45 | | 58,723.21 |
| 06/27/17 | {3} | Fireman's Fund Insurance | ARM US 15.08 of USEPA 4.4.17 charges,of annual site remediation fee | 1229-000 | 569.27 | | 59,292.48 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.66 | 59,203.82 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.31 | 59,121.51 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.54 | 59,027.97 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.07 | 58,945.90 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.43 | 58,855.47 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.65 | 58,770.82 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.71 | 58,689.11 |
| 01/16/18 | 123 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/16/2018 FOR CASE #12-26775, 01/01/18-01/01/19 Bond#016026385 | 2300-000 | | 44.48 | 58,644.63 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.82 | 58,551.81 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.60 | 58,473.21 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.10 | 58,389.11 |
| 04/23/18 | 124 | Treasurer-State of New Jersey | Invoice# 180354220-annual site remediation fee | 2990-000 | | 3,365.00 | 55,024.11 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.18 | 54,942.93 |

Subtotals :  $5,137.78    $101,512.19

{} Asset reference(s)  
Printed: 12/19/2019 02:18 PM    V.14.60

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 12-26775-KCF  
**Case Name:** 111 GLENDALE DRIVE, INC.  
**Taxpayer ID #:** **-***9590  
**Period Ending:** 12/19/19  

**Trustee:** Bunce D. Atkinson, Trustee (500070)  
**Bank Name:** Mechanics Bank  
**Account:** ******9566 - Checking Account  
**Blanket Bond:** $33,064,316.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.38 | 54,854.55 |
| 06/21/18 | 125 | Tyler & Carmeli, P.C. | as per 6/21/2018 Order | 3210-000 | | 6,892.59 | 47,961.96 |
| 06/21/18 | 126 | Tyler & Carmeli, P.C. | as per 6/21/2018 Order | 3220-000 | | 47.92 | 47,914.04 |
| 06/21/18 | 127 | ATKINSON & DeBARTOLO, P.C. | as per 6/21/218 Order | 3110-000 | | 12,396.00 | 35,518.04 |
| 06/21/18 | 128 | ATKINSON & DeBARTOLO, P.C. | as per 6/21/2018 Order | 3120-000 | | 42.66 | 35,475.38 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.07 | 35,400.31 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.97 | 35,342.34 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.52 | 35,289.82 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.07 | 35,262.75 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.88 | 35,230.87 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.95 | 35,201.92 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.96 | 35,173.96 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.80 | 35,142.16 |
| 02/04/19 | 129 | ATKINSON & DeBARTOLO, P.C. | as per 1/18/2019 Order | 3110-000 | | 1,640.00 | 33,502.16 |
| 02/04/19 | 130 | ATKINSON & DeBARTOLO, P.C. | as per 1/18/2019 Order | 3120-000 | | 127.74 | 33,374.42 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.84 | 33,348.58 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.49 | 33,322.09 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.21 | 33,292.88 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.27 | 33,264.61 |
| 06/06/19 | 131 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2019 FOR CASE #12-26775 | 2300-000 | | 9.90 | 33,254.71 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.51 | 33,229.20 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.03 | 33,199.17 |
| 11/25/19 | 132 | Bunce D. Atkinson, Trustee | Dividend paid 100.00% on $13,620.48, Trustee Compensation;  Reference: | 2100-000 | | 13,620.48 | 19,578.69 |
| 11/25/19 | 133 | Arecon, Ltd. | Dividend paid  24.57% on $79,679.38; Claim# 2; Filed: $79,679.38; Reference: | 4220-000 | | 19,578.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 207,409.68 | 207,409.68 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 207,409.68 | 207,409.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$207,409.68** | **$207,409.68** | |

{} Asset reference(s)

Printed: 12/19/2019 02:18 PM        V.14.60

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 12-26775-KCF | **Trustee:** Bunce D. Atkinson, Trustee (500070) |
| **Case Name:** 111 GLENDALE DRIVE, INC. | **Bank Name:** Mechanics Bank |
| | **Account:** ******9566 - Checking Account |
| **Taxpayer ID #:** **-***9590 | **Blanket Bond:** $33,064,316.00  (per case limit) |
| **Period Ending:** 12/19/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9566** | 207,409.68 | 207,409.68 | 0.00 |
| | $207,409.68 | $207,409.68 | $0.00 |

{} Asset reference(s)

Printed: 12/19/2019 02:18 PM    V.14.60